### *MILLAUDON*, vs. *THE JUDGE OF THE PARISH OF JEFFERSON*.

The supreme court cannot give relief against the imposition of a fine of forty dollars:

APPEAL from the parish court of the parsih of Jefferson.

MARTIN, J. delivered the opinion of the court. This was an application for relief, on a complaint that the district judge refuses an appeal from a judgment, by which a fine of forty dollars was imposed for the breach of one of the regulations of the police jury.

It is alleged that the police jury erroneous-
ly consider the land of the applicant as bur-
dened with the obligation of yielding and
keeping in repair a road of several miles, at
an annual cost, as the applicant alleges, of
several thousand, and, as is admitted by his
adversary, of several hundred dollars; that the
fine will be demanded monthly, while the de-
fendant will be compelled to submit to the il-
legal fines, without the possibility of con-
testing the claim made on him, in such a man-
ner as to be able to obtain the opinion of this
court thereon.

MILLAUDON,
*vs.*
THE PARISH
JUDGE OF THE
PARISH OF
JEFFERSON.

Be this as it may, the matter in dispute in
the present case, is the fine of forty dollars,
therefore, the case cannot come before us as
an appeal from the judgment condemning the
applicant.    If an injury be done him, of suf-
ficient magnitude to entitle him to relief at our
hands, he may become a plaintiff in a suit for
redress, and his counsel will present him the
way by which it may be legally reached.

At present we cannot afford him any relief.

It is therefore ordered, adjudged and de-
creed, that the rule for the mandamus be dis-
charged in the applicant's case.

*Seghers* and *Grymes* for the plaintiff, *Derbigny* for the defendant.